

Antonia Rota-Mclarty
6453 Abel St
Elkridge, MD 21075-5298

Account Number: ███████████

Collateral: 2001/Mercedes-Benz/C Class

VIN: Wdbrf61J01F037305

Under the terms of the Retail Installment Contract and Security Agreement for the account, and pursuant to applicable law, Drive Financial Services, LP disposed of the collateral 2001/Mercedes-Benz/C Class pledged to secure the indebtedness for the sum of $20,375.49. After applying the net proceeds from the sale, along with any applicable refunds, as required by the terms and conditions of the loan contract, a Deficiency Balance remains in the amount of $9,693.41, for which you remain liable under your Agreement.

### COMPUTATION OF SURPLUS OR DEFICIENCY

| | |
|---|---:|
| Principal Balance | $19,006.00 |
| Finance Charge/Rebate | $1,702.41 |
| Net Balance | $20,708.41 |

**Plus Allowed Expenses**

| | |
|---|---:|
| Fees for retaking, holding, preparing for disposition, processing and disposing of the collateral, including attorney fees | $255.00 |
| Late Charges | $0.00 |
| Miscellaneous Fees | $175.00 |
| Total Expenses | $430.00 |

**Credits**

| | |
|---|---:|
| Credits for refunds of ancillary products (insurance premiums, service contracts, GAP coverage) | $0.00 |
| Sale Amount | $11,445.00 |
| Fair Market Adjustment | $0.00 |
| Total Credits | $11,445.00 |
| **DEFICIENCY BALANCE DUE:** | **$9,693.41** |

Future expenses, charges, additional interest, credits and refunds may affect the amount of the deficiency / surplus.

The above referenced deficiency balance is due in full. Your immediate attention is requested. You may contact Drive Financial Services, LP at the address listed below or by the telephone number provided for additional information. If you are in bankruptcy or you have been discharged from bankruptcy, this notice is for informational purposes only and is not intended as an attempt to collect a debt.

Drive Financial Services
P.O. Box 562088 • Dallas, TX 75247
1-800-215-6922

**EXHIBIT 1**